JS-6 / ENTERED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BELTRAN OLIVAR,<br><br>          Petitioner,<br><br>   vs.<br><br>FRANK X. CHAVEZ, Warden,<br><br>          Respondent. | Case No. CV 13-4112-MWF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 23, 2013

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY