JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BELTRAN OLIVAR,<br><br>    Petitioner,<br><br>vs.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. CV 13-4112-MWF (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 23, 2013

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY